# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 04-CR-1718-L |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ARTHUR JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

On October 19, 2004, Defendant Arthur Jackson was convicted in this Court of Transporting Illegal Aliens and Aiding & Abetting, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(II) and sentenced to 37 months custody and three years supervised release. On December 1, 2006, Defendant's term of supervised release commenced. On September 14, 2009, a Petition for Warrant or Summons for Offender Under Supervision was issued in the instant case alleging Defendant failed to report to the probation officer as directed, failed to report contact with law enforcement to the probation officer, and failed to submit monthly supervision reports. A warrant was issue for his arrest on the same date, but has not been executed. On February 18, 2010, an Amended Petition for Warrant or Summons for Offender Under Supervision was issued on the basis of Defendant's conviction in California Superior Court, Los Angeles County, Case No. BA363580, for committing criminal threats in violation of

California Penal Code § 422.[1]  Defendant is currently in state custody serving a 16 month sentence in that case.

On or about May 2, 2010, Defendant mailed a Demand to this Court requesting a hearing on the Petition for Revocation pursuant to the Interstate Agreement on Detainers Act (IADA).[2] Because the IADA does not does not apply to probation violation charges, the Court **DENIES** Defendant's request.  *See United States v. Roach*, 745 F.2d 1252, 1253 (9th Cir. 1984).  *See also United States v. Garrett*, 253 F.3d 443, (9th Cir. 2001) (stating the federal government is not required to writ a defendant out of state custody and bring him before the federal district court for his revocation hearing; federal government may postpone revocation hearing until defendant's release from state custody).

**IT IS SO ORDERED.**

DATED:  May 26, 2010

_____
M. James Lorenz
United States District Court Judge

---

[1] Defendant committed that offense on October 21, 2009.

[2] Both California and the United States are party states to the Interstate Agreement on Detainers Act (IADA).  *See* Cal. Penal Code § 1389 and 18 U.S.C. App. § 2.